UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TROY LUCAS,

        Plaintiff,                  No. 2:12-cv-2090 EFB P

  vs.

L.D. WILLIAMS,

                                 **ORDER & WRIT OF HABEAS CORPUS**
        Defendant.        **AD TESTIFICANDUM**

        Troy Le Ramon Lucas, CDCR # T-98416, a necessary and material witness in a settlement conference in this case on June 13, 2013, is confined in California State Prison, Sacramento (SAC), Prison Road, Represa, California 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #1, 501 I Street, Sacramento, California 95814, on Thursday, June 13, 2013 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Craig M. Kellison; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  April 11, 2013.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE