UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LUCAS, | No. 2:12-cv-2090-EFB P |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| L.D. WILLIAMS, | |
| Defendant. | |

 Defendant has filed a Notice of Settlement requesting that all scheduled matters and deadlines be vacated. The notice also requested that this case remain open for 180 days, until defendant files a stipulation for voluntary dismissal. ECF No. 28. Good cause appearing, the request is granted.

 Dispositional documents must be filed not later than 180 days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. Any scheduled matters and deadlines are vacated, and all outstanding motions are denied as moot.

 So ordered.

Dated: September 5, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE