KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
SCOTT W. FOLEY, State Bar No. 278357
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 322-5513
 Facsimile:  (916) 324-5205
 E-mail: Scott.Foley@doj.ca.gov
*Attorneys for Defendant Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TROY LUCAS**, <br><br> Plaintiff, <br><br> v. <br><br> **L. LEWIS, et al.**, <br><br> Defendant. | Case No. 2:12-CV-02090 EFB <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Troy Lucas and Defendant Williams have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:12-CV-02090 EFB)

...

1 | Each party shall bear its own litigation costs and attorney's fees.

2 | It is so stipulated.

Dated: 4/3/2014          /s/ Troy Lucas (original signature obtained on file)

Troy Lucas, Plaintiff

Dated: 4/3/2014          /s/ Scott W. Foley (original signature obtained on file)

Scott W. Foley
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendant Williams*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

DATED: September 15, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2013109601
31709168.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:12-CV-02090 EFB)